FILED
CLERK, U.S. DISTRICT COURT
August 19, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: VM  DEPUTY

## FINDING RE PROBABLE CAUSE

On  August 19  , at  15:45 p.m. ~~a.m.~~, Task Force Officer Eric Hakala of the Drug Enforcement Administration telephonically appeared before me regarding the probable cause arrest of defendant DINEDRA MACK, occurring on August 18, 2020, at Los Angeles, California.

Having reviewed the officer's statement of probable cause, a copy of which is attached hereto, the Court finds that there **exists**/~~does not exist~~ probable cause to arrest the defendant for a violation of Title 21, United States Code, Section 841 (Possession with Intent to Distribute Controlled Substances).

/ X / It is ordered that defendant DINEDRA MACK be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / ~~10~~ on  August 20, 2020  .

/___/ It is ordered that defendant DINEDRA MACK be discharged from custody on this charge forthwith.

DATED:  August 19, 2020  , at  15:45 p.m. ~~a.m./p.m.~~

_____
UNITED STATES MAGISTRATE JUDGE
MICHAEL R. WILNER